The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

GRANT CARDONE, an individual,

    Plaintiff and Counterclaim Defendant,

v.

STONER & ASSOCIATES, INC., a Washington corporation, and MIKE STONER, an individual,

    Defendants and Counterclaim Plaintiffs.

_____

DEALER DATA SERVICES, a Washington sole proprietorship,

    Counterclaim Plaintiff,

v.

THE CARDONE GROUP OF CENTRAL FLORIDA, INC., a Florida corporation; THE CARDONE GROUP, a Florida business entity; CARDONE ENTERPRISES GROUP, INC., a Florida corporation; G. CARDONE ENTERPRISES, INC., a California corporation; SCOTT MORGAN, an individual,

    Counterclaim Defendants.

Case No. CV03-00513 RSM

**STIPULATION AND ORDER TO:**

**1. RE-NOTE DEFENDANT AND COUNTERCLAIM PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT; AND**

**2. EXTEND THE DISCOVERY CUTOFF TO ACCOMMODATE THE DEPOSITION OF PLAINTIFF GRANT CARDONE**

---

**STIPULATION AND ORDER TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND EXTEND DISCOVERY CUTOFF -** PAGE 1
CASE NO. CV03-00514-RSL

ATER WYNNE LLP
LAWYERS
601 UNION STREET, SUITE 5450
SEATTLE, WASHINGTON 98101-2327
(206) 623-4711

1  The parties hereby stipulate and agree to re-note Defendant and Counterclaim Plaintiffs'
2  Motion for Partial Summary Judgment (the "Motion"), currently noted on the Court's motion
3  calendar for April 29, 2005, as follows:
4      1.    Defendant and Counterclaim Plaintiffs' Reply will be due May 2, 2005; and
5      2.    The Motion will be re-noted for adjudication on May 6, 2005.
6  FURTHER, the parties hereby stipulate and agree to extend the discovery cutoff date,
7  presently May 31, 2005, to accommodate the deposition of Grant Cardone and we agree that his
8  deposition may be taken at a mutually convenient date after the cutoff.
9  All other dates in this matter remain the same.
10 Dated this <u>28th</u> day of April, 2005.

ATER WYNNE LLP

    /s Paul E. Brain
Paul E. Brain, WSBA #13438
601 Union St., Suite 5450
Seattle, WA  98101-2327
Telephone:  206-623-4711
Fax:  206-467-8406
Email:  peb@aterwynne.com

Attorneys for Defendants and Counterclaim Plaintiffs Stoner & Associates, Inc., and Mike Stoner

BOGIN, MUNNS & MUNNS

    /s Terrance F. Brennan
Terence F. Brennan, FSBA No. 0007218
(Admitted Pro Hac Vice)
2601 Technology Drive
Orlando, FL 32804
Telephone:  (407) 578-1334
Fax:  (407) 578-2181
Email:  tbrennan@boginmunns.com

- and -

**STIPULATION AND ORDER TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND EXTEND DISCOVERY CUTOFF -** PAGE 2
CASE NO. CV03-00514-RSL

ATER WYNNE LLP
LAWYERS
601 UNION STREET, SUITE 5450
SEATTLE, WASHINGTON  98101-2327
(206) 623-4711

CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC

Jerald E. Nagae, WSBA No. 8521
W. David Shenk, WSBA No. 30797

Attorneys for Plaintiff Grant Cardone and the Third Party Defendants

## ORDER

The Court having considered the stipulation by the parties in this matter, and good case appearing therefore,

IT IS SO ORDERED that:

1. Defendant and Counterclaim Plaintiffs' Reply is now due Monday, May 2, 2005;

2. Defendant and Counterclaim Plaintiffs' Motion for Partial Summary Judgment currently noted for Friday, April 29, 2005, will be re-noted for adjudication May 6, 2005;

3. The discovery cutoff date, presently May 31, 2005, will be extended to accommodate the deposition of Grant Cardone so that his deposition may be taken at a mutually convenient date after the cutoff; and

4. All other dates in this matter remain the same.

Dated this  9  day of May, 2005.

/s/ Ricardo S. Martinez
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND EXTEND DISCOVERY CUTOFF -** PAGE 3
CASE NO. CV03-00514-RSL

ATER WYNNE LLP
LAWYERS
601 UNION STREET, SUITE 5450
SEATTLE, WASHINGTON 98101-2327
(206) 623-4711